| | AUSA: | Susan E. Fairchild | Telephone: (313) 226-9577 |
|---|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | Officer: | Hector Rivera | Telephone: (313) 394-5458 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Errol Victor HANSON
Aliases: Paul ROBINSON
Joshua Anthony THOMAS
John JACQUES
Ian Govel BROOKS

Case No.

Case: 2:21-mj-30117 Assigned To :
Unassigned Assign. Date : 3/10/2021
Description: RE: ERROL HANSON
(EOB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 08, 2020__ in the county of __Oakland__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8, United States Code, Section 1326(a) | Unlawful Re-entry after Removal from the United States |
| Title 8, United States Code, Section 1326(b)(2) | Unlawful Re-entry after Removal from the United States subsequent to a conviction for commission of an aggravated felony. |

This criminal complaint is based on these facts:
On or about February 08, 2020, in the Eastern District of Michigan, Southern Division, Errol Victor HANSON, an alien from Jamaica was found in the United States after having been denied admission, excluded, deported, and removed therefrom on or about February 22, 2007, at or near Miami, FL and not having obtained the express consent of the Attorney General of the United States or the Secretary of Homeland Security to re-apply for admission thereto; in violation of Title 8, United States Code, Section 1326(a) and subsequent to a conviction for commission of an aggravated felony in violation of Title 8, United States Code, Section 1326(b)(2).

☑ Continued on the attached sheet.

_____
Complainant's signature

Hector Rivera, Deportation Officer
Printed name and title

Sworn to before me and signed in my presence and/or by reliable electronic means.

Date: __March 10, 2021__

_____
Judge's signature

City and state: __Detroit, MI__

David R. Grand, United States Magistrate Judge
Printed name and title

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:

Known aliases:

Last known residence:

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth:

Social Security number:

Height:                                              Weight:

Sex:                                                 Race:

Hair:                                                Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*:

## AFFIDAVIT

I, Hector Rivera, declare the following under penalty of perjury:

1. I am a Deportation Officer employed with Immigration and Customs Enforcement (ICE) of the United States Department of Homeland Security, having served with ICE since February 2007. The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers and record checks of law enforcement databases. I have also reviewed the immigration records and system automated data relating to Errol Victor HANSON, which reveal the following:

2. Errol Victor HANSON also known as Joshua Anthony THOMAS, John JACQUES, Paul ROBINSON and Ian Govel BROOKS is a fifty-four-year-old citizen and a native of Jamaica who last entered the United States on an unknown date, at an unknown place, without inspection by the U.S. Department of Homeland Security.

3. On October 28, 1991, the Eleventh Judicial Circuit Court in Dade County, Florida convicted HANSON under the alias name of Joshua Anthony THOMAS (Case #91-19237) for Trafficking in Cocaine and sentenced him to 5 years in the custody of the Department of Corrections.

4. On October 31, 1991, the United States Border Patrol (USBP) encountered HANSON at or near Miami, Florida during routine jail screenings. On November 05, 1991, the USBP served HANSON with an Order to Show Cause and Notice of Hearing under alias "Joshua Anthony THOMAS" and file number AXXX XXX 817. This case was never filed with the Immigration court.

5. On September 27, 2000, HANSON entered the United States through Miami, Florida as a nonimmigrant (B-1) visitor with authorization to remain in the United States for a temporary period not to exceed November 15, 2000. HANSON remained in the United States beyond November 15, 2000, without authorization from the Immigration and Naturalization Service.

6. On January 4, 2001, Canada denied Hanson entry at the Buffalo Peace Bridge. The Immigration and Naturalization Service (INS) served HANSON with a

Notice to Appear (NTA) under file number AXXX XXX 651, under the name of Errol Victor HANSON. On January 19, 2001, INS cancelled improvidently the issued NTA. Eventually, HANSON was extradited to Cleveland, Ohio on a Felonious Assault with Possession of a Firearm.

7. On May 17 2001, the State of Ohio, Cuyahoga County Court of Common Pleas convicted HANSON under the alias "Paul ROBINSON" (Case # CR386631) for Felonious Assault and Possession of a Firearm ORC2903.11 F-2 (SB2) and sentenced him to a prison term at the Lorain Correctional Institution for 3 years on the firearm offense to be served prior and consecutive with the 3 year sentence on the assault charge, for a total term of confinement of 6 years.

8. On July 20, 2001, the INS served HANSON with an I-851A Final Administrative Removal Order under section 238A(b) of the Immigration and Nationality Act. On February 22, 2007, Immigration and Customs Enforcement removed HANSON to Jamaica through Miami, Florida.

9. On February 09, 2020, the ICE Duty Officer placed a detainer on a previous removed alien, Errol Victor HANSON being housed at the Oakland County Jail pending charges under the alias "Ian Govel BROOKS" for obstructing a police officer, traffic and assault charges.

10. On March 08, 2021, the 6th Circuit Court in Oakland County, MI convicted HANSON on one count of Operating-No /Multiple License and sentenced to 90 days. One count of Possession of an Altered Driver License and sentenced to 90 days. One count of Fingerprint -Refusal and sentenced to 90 days. And one count of Assaulting/Resisting/ Obstructing a Police Officer and sentenced to 365 days, all counts with a credit of 393 days. On the same day, ICE transported HANSON to Detroit ICE field office and served with a Notice of Intent/ Decision to Reinstate prior order form. ICE searched his fingerprints in the ICE/FBI systems resulting in a positive match for Errol Victor HANSON, DOB: XX XX 1967, AXXX XXX 741, a previously removed alien.

11. The aforementioned arrest and subsequent detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any alien entering or attempting to enter the United States, or any alien present in

the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

12. On March 08, 2021, ICE officers reviewed immigration file records and Department of Homeland Security electronic records, indicating that Errol Victor HANSON, AXXX XXX 741, did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission to the United States.

13. Based on the above information, I believe there is probable cause to conclude that Errol Victor HANSON, is an alien who was found in or reentered the United States after deportation or removal, without the express permission from the Attorney General of the United States or from the Secretary of the Department of Homeland Security in violation of Title 8, United States Code, Section 1326(a) and subsequent to a conviction for commission of an aggravated felony in violation of Title 8, United States Code, Section 1326(b)(2).

*Hector Rivera*

Hector Rivera, Deportation Officer
Immigration and Customs Enforcement

Sworn to before me and signed in my presence and/or by reliable electronic means.

*David R. Grand*

David R. Grand
United States Magistrate Judge

March 10, 2021